**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.   **CV 22-9139-JFW(PVC)** | Date: April 24, 2023 |

Title:   Branden Flynn -v- Showcase Motors

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
None

**ATTORNEYS PRESENT FOR DEFENDANTS:**
None

**PROCEEDINGS (IN CHAMBERS):**   ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE

All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* under 28 U.S.C. §1915(a)(1).

On December 15, 2022, Plaintiff filed a Complaint along with an accompanying request to proceed *in forma pauperis* ("Request"). (Dkts. 1, 2). On January 26, 2023, the Court postponed ruling on the Request because Plaintiff had not signed and dated the declaration in support of it, and directed him to refile a fully completed request or pay the filing fee. (Dkt. 9). After Plaintiff refiled his Request, on March 13, 2023, the Court found Plaintiff had not qualified for *in forma pauperis* status, denied the Request, and directed him to pay the full filing fee. (Dkt. 13). The Court warned that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice. (*Id.*).

To date Plaintiff has not paid the filing fee or otherwise responded to the Court's order requiring him to do so. Accordingly, this action is **DISMISSED without prejudice**. *See, e.g., Roberts v. Soc. Sec. Dep't*, 2022 WL 4088755, at *2 (S.D. Cal. Sept. 6, 2022) (action may be dismissed without prejudice where plaintiff fails to establish *in forma pauperis* status and does not pay the required filing fee).

IT IS SO ORDERED.